IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| VISUAL REAL ESTATE, INC.<br><br>      Plaintiff,<br><br>v.<br><br>GOOGLE INC.<br><br>      Defendant. | Case No. 3:14-cv-00274-TJC-PDB<br><br>**JURY TRIAL DEMANDED** |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Visual Real Estate, Inc. discloses the following:

1. Visual Real Estate, Inc. is a wholly-owned subsidiary of California Gold Corp.

2. California Gold Corp., a publicly held corporation, owns one hundred percent (100%) of Visual Real Estate, Inc.'s stock.

Dated: March 14, 2014

Respectfully submitted,

*/s/ Angela J. Crawford*

Angela J. Crawford
Florida Bar No.: 43611
**DLA PIPER LLP (US)**
100 North Tampa, Suite 2200
Tampa, FL 33602-5809
Tel: (813) 222-5989
Fax:(813) 371-1116
angela.crawford@dlapiper.com

Sean C. Cunningham, *pro hac vice* application forthcoming
sean.cunningham@dlapiper.com
Richard T. Mulloy, *pro hac vice* application forthcoming
richard.mulloy@dlapiper.com
Erin P. Gibson, *pro hac vice* application forthcoming
erin.gibson@dlapiper.com
Jesse Hindman, *pro hac vice* application forthcoming
jesse.hindman@dlapiper.com

1

Jacob D. Anderson, *pro hac vice* application forthcoming
jacob.anderson@dlapiper.com
Kevin Hamilton, *pro hac vice* application forthcoming
kevin.hamilton@dlapiper.com
**DLA PIPER LLP (US)**
401 B Street, Suite 1700
San Diego, California 92101
Phone: (619) 699-2700
Fax: (619) 699-2701

ATTORNEYS FOR VISUAL REAL ESTATE, INC.