**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

| | |
|---|---|
| VISUAL REAL ESTATE, INC.<br><br>  Plaintiff,<br><br>v.<br><br>GOOGLE INC.<br><br>  Defendant. | Case No. 3:14-cv-00274-TJC-JRK<br><br>**JURY TRIAL DEMANDED** |

**APPEARANCE OF NON-RESIDENT ATTORNEY
AND DESIGNATION OF LOCAL COUNSEL**

Pursuant to Local Rule 2.02(a), Richard T. Mulloy ("**Non-Resident Attorney**"), enters his appearance as counsel for Plaintiff Visual Real Estate, Inc.

Non-Resident Attorney certifies that he will comply with the fee and email registration requirements of Rule 2.01(d).  Non-Resident Attorney designates Angela J. Crawford, a member of the bar of this Court, as local counsel upon whom all notices and papers may be served and who will be responsible for the progress of this case, including the trial.

/s/ *Richard T. Mulloy*
Richard T. Mulloy
**DLA PIPER LLP (US)**
401 B Street, Suite 1700
San Diego, CA 92101-4297
Phone: (619) 699-2700
Fax: (699) 699-2701
Email: richard.mulloy@dlapiper.com

WEST\247189173.1

2

**Consent To Designation As Local Counsel**

I consent to the above designation as local counsel.

          Respectfully submitted,

          /s/ *Angela J. Crawford*
          Angela J. Crawford
          Florida Bar No.: 43611
          angela.crawford@dlapiper.com
          **DLA PIPER LLP (US)**
          100 North Tampa Street, Suite 2200
          Tampa, Florida 33602
          (813) 222-5989 (phone)
          (813) 371-1116 (facsimile)
          Attorneys for Plaintiff Visual Real Estate, Inc.

3

## CERTIFICATE OF SERVICE

      I hereby certify that the foregoing was filed with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to all attorneys of record and that paper copies will be sent to those indicated as non-registered participants on April 21, 2014.

                                       /s/ *Angela J. Crawford*